UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, )<br>            ) <br>        Plaintiff, )<br>            )<br>    vs.     )<br>            )<br> OMELY TELECOM, )<br>            )<br>        Defendant. )<br>            ) | Case No.: 2:13-cv-01367-GMN-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FOLEY** |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered June 20, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by July 7, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendation that Plaintiff's Complaint (ECF No. 3) be **Dismissed with prejudice**. Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice. The Clerk shall enter judgment accordingly.

**DATED** this 9th day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court